## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :         CHAPTER 13

NICHOLAS J. RIVELLI               :         BKY. NO.  19-11538ELF13


## O R D E R


AND NOW, this **28th** day of **March**, 20**19** upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is **Granted**. Debtor has until **04/10/19** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**