**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                                   CASE NO.: 19-11538-elf
                                                                                                                       CHAPTER 13

**Nicholas J. Rivelli,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

     **PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                                RAS Citron, LLC
                                                Authorized Agent for Secured Creditor
                                                130 Clinton Road, Suite 202
                                                Fairfield, NJ 07004
                                                Telephone: 973-575-0707
                                                Facsimile: 973-404-8886
                                                By: /s/Ashlee Fogle
                                                Ashlee Fogle, Esquire
                                                Email: afogle@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL A. CIBIK2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET  SUITE 900
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

NICHOLAS J. RIVELLI
20 HICKORY DRIVE
B1
HORSHAM, PA 19044

> RAS Citron, LLC
> Authorized Agent for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone: 973-575-0707
> Facsimile: 973-404-8886
> By: /s/Ashlee Fogle
> Ashlee Fogle, Esquire
> Email: afogle@rascrane.com