**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           :         CHAPTER 13
 Nicholas J. Rivelli
                 DEBTOR              :         BKY. NO.  19-11538ELF13

**ORDER**

AND NOW, this  12th  day of  December  ,2019 it is hereby **ORDERED** that the corresponding Stipulation (Doc. # 48) is hereby **APPROVED.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**