**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NICHOLAS RIVELLI,<br>　　　　　　　Debtor(s). | Case No. 19-11538ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___12th___ day of _____February_____, 20_20_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,500.00** is allowed and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Trustee as an administrative expense, to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**