# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11538-ELF

NICHOLAS J RIVELLI

20 HICKORY DRIVE
B1
HORSHAM, PA 19044

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NICHOLAS J RIVELLI

20 HICKORY DRIVE
B1
HORSHAM, PA 19044

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Date: 6/26/2020

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee