**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13
Nicholas J. Rivelli

       DEBTOR                    :        BKY. NO.  19-11538ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  August 18, 2020                _____s/_____
                                                             MICHAEL A. CATALDO, ESQUIRE
                                                             CIBIK & CATALDO, P.C.
                                                             1500 WALNUT STREET, STE. 900
                                                             PHILADELPHIA, PA  19102
                                                             (215) 735-1060