## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   NICHOLAS J. RIVELLI         :        Chapter 13

DEBTOR)                              :        Bankruptcy No. 19-11538ELF13

### ORDER

AND NOW, this 27th day of August, 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo.   The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**