```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-11538-elf
Nicholas J. Rivelli                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1                 Date Rcvd: Aug 27, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.
db              +Nicholas J. Rivelli,    20 Hickory Drive,   B1,   Horsham, PA 19044-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
               cwohlrab@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC cdigianantonio@rascrane.com
              MICHAEL A. CATALDO2    on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   NICHOLAS J. RIVELLI            :         Chapter 13

DEBTOR)                                 :         Bankruptcy No. 19-11538ELF13

**ORDER**

AND NOW, this 27th day of August, 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$750.00** is **ALLOWED** to Cibik & Cataldo.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**