*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nicholas J. Rivelli
    Debtor(s)

Case No: 19–11538–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default filed by Newrez LLC dba Shellpoint Mortgage Servicing and objection filed by the debtor

    on: 9/15/20

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/31/20

Timothy B. McGrath
Clerk of Court

89 – 84, 86
Form 167