United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicholas J. Rivelli  
    Debtor

Case No. 19-11538-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Aug 31, 2020 |
|---|---|---|---|
| | Form ID: 167 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db         +Nicholas J. Rivelli,   20 Hickory Drive,   B1,   Horsham, PA 19044-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:  
      CHARLES GRIFFIN WOHLRAB   on behalf of Creditor   NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com  
      KEVIN M. BUTTERY   on behalf of Creditor   DITECH FINANCIAL LLC cdigianantonio@rascrane.com  
      MICHAEL A. CATALDO2   on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      MICHAEL A. CIBIK2   on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com, igotnotices@ccpclaw.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nicholas J. Rivelli
    Debtor(s)

Case No: 19–11538–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default filed by Newrez LLC dba Shellpoint Mortgage Servicing and objection filed by the debtor

    on: 9/15/20

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/31/20

Timothy B. McGrath
Clerk of Court

89 – 84, 86
Form 167