**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                           **Chapter 13**
NICHOLAS J RIVELLI


                        **Debtor**              **Bankruptcy No.** 19-11538-ELF


# <u>O R D E R</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Date:  November 24, 2020    _____
                                Eric L. Frank
                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
NICHOLAS J RIVELLI

20 HICKORY DRIVE
B1
HORSHAM, PA 19044