United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Nicholas J. Rivelli

    Debtor(s)

Case No. 19-11538-elf

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3

Date Rcvd: Nov 24, 2020     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas J. Rivelli, 20 Hickory Drive, B1, Horsham, PA 19044-1935 |
| 14295923 | + | Continental Property Management, 975 Easton Road, Warrington, PA 18976-1858 |
| 14295924 | + | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 14326823 | # | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14296551 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14295925 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14295927 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14295928 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14295933 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14493370 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14288821 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14295936 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14295938 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14295940 | + | Quality Asset Recovery, Attn: Bankruptcy, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 14309349 | + | Sawmill Village I Condominium Association, 975 Easton rd., Suite 102, Warrington, PA 18976-1858 |
| 14295941 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 14295942 | + | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |
| 14339790 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14319748 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14295943 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2020 03:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 25 2020 03:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2020 02:13:08 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14295917 | + | Email/Text: bankruptcy@rentacenter.com | Nov 25 2020 03:16:00 | Acceptance Now, ATTN: AcceptanceNOW Customer Service / B, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14295921 | | Email/Text: megan.harper@phila.gov | Nov 25 2020 03:16:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14295920 | | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2 | User: Adminstra | Page 2 of 3
Date Rcvd: Nov 24, 2020 | Form ID: pdf900 | Total Noticed: 41

| | | | |
|---|---|---|---|
| | | Nov 25 2020 03:16:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14295918 | + Email/Text: ecf@ccpclaw.com | | |
| | | Nov 25 2020 03:16:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14295922 | + Email/Text: bankruptcy@philapark.org | | |
| | | Nov 25 2020 03:16:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14295926 | + Email/Text: bknotice@ercbpo.com | | |
| | | Nov 25 2020 03:16:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14295929 | + Email/Text: bankruptcy@hccredit.com | | |
| | | Nov 25 2020 03:16:00 | HC Processing Center, Attention Bankruptcy, 203 E Emma Ave Ste A, Springdale, AR 72764-4625 |
| 14295930 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Nov 25 2020 03:16:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14295932 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Nov 25 2020 03:16:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 14303746 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 25 2020 02:11:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14295934 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 25 2020 02:11:43 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14312437 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 25 2020 03:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14295935 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 25 2020 03:16:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14295937 | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | Nov 25 2020 03:16:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14295939 | + Email/Text: bankruptcy@philapark.org | | |
| | | Nov 25 2020 03:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14304610 | + Email/Text: bankruptcy@philapark.org | | |
| | | Nov 25 2020 03:16:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14295944 | + Email/Text: bncnotice@ph13trustee.com | | |
| | | Nov 25 2020 03:16:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14304829 | | HC Processing Center |
| 14295919 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14295931 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

User: Adminstra
Date Rcvd: Nov 24, 2020    Form ID: pdf900    Total Noticed: 41

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Nicholas J. Rivelli ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        Chapter 13
NICHOLAS J RIVELLI


            Debtor                  Bankruptcy No. 19-11538-ELF


# O R D E R


   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Date:  November 24, 2020    _____
                                        Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
NICHOLAS J RIVELLI

20 HICKORY DRIVE
B1
HORSHAM, PA 19044